WILLOUGHBY DERR, Appellant, *v.* ALONZO B. COOLEY et al., Respondents.

(Argued June 24, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 20, 1888, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*A. J. Abbott* for appellant.

*James Wood* for respondents.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

JOHN P. MAGOVERN et al., Appellants, *v.* EVOLIN B. ROBERTSON et al., Respondents.

(Submitted June 25, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 17, 1886, which affirmed a judgment in favor of defendants entered upon a decision of the County Court.

*William H. Henderson* for appellants.

*A. C. Pickard* for respondents.

Agree to reverse and grant new trial on authority of *Magovern* v. *Robertson* (116 N. Y. 61).
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment reversed.